UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8060-CIV-DIMITROULEAS

GREGORY J. HALL and
ARCADIA RESOURCES, LTD.,

    Plaintiffs,

vs.

MARK COHEN, et al.,

    Defendants.
_____/



## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs Gregory J. Hall and Arcadia Resources, Ltd.'s Motion Pursuant to Rule 55(b)(1) for Entry of Default Judgments by the Clerk of Court Against the Named Defendants [DE 58], filed herein on October 22, 2003. The Court has carefully considered the motion and accompanying declarations [DE 59 and DE 60], the entire file of this case including Plaintiffs' Complaint and exhibits, return of service executed for Defendants[1], the Clerk's entry of default against Defendants[2], and the failure of Defendants to respond to the instant motion and the Court's Order to Show Cause issued on November 12, 2003.

---

[1] The docket entries containing the return of service for each defendant are as follows: Creai Ile de France [DE 38], Jean-Pierre Martinez [DE 38], Mark Cohen [DE 19], Charles H. Weaver [DE 33], Summerfield International Services, Inc. [DE 33], Creai-Cohen, a Joint Venture [DE 23], Majestic Rose, Inc. [DE 22], Sentry Overseas (Bahamas), Inc. [DE 21], and T.M.I. Generating [DE 20].

[2] The docket entries containing the entry of default for each defendant are as follows: Creai Ile de France [DE 56], Jean-Pierre Martinez [DE 56], Mark Cohen [DE 54], Charles H. Weaver [DE 34], Summerfield International Services, Inc. [DE 34], Creai-Cohen, a Joint Venture [DE 34], Majestic Rose, Inc. [DE 34], Sentry Overseas (Bahamas), Inc. [DE 34], and T.M.I. Generating [DE 34].



  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Gregory J. Hall and Arcadia Resources, Ltd.'s Motion Pursuant to Rule 55(b)(1) for Entry of Default Judgments by the Clerk of Court Against the Named Defendants [DE 58] is hereby **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiffs, Gregory J. Hall and Arcadia Resources, Ltd., and against Defendants, Creai Ile de France, Jean-Pierre Martinez, Mark Cohen, Charles H. Weaver, Summerfield International Services, Inc., Creai-Cohen, a Joint Venture, Majestic Rose, Inc., Sentry Overseas (Bahamas), Inc., and T.M.I. Generating, and Plaintiffs shall recover $3,700,000.00 plus interest thereon at the rate of 1.35% per annum from the date of this Final Judgment, for which let execution issue;

3. Any other pending motions are hereby denied as moot;

4. The Clerk of the Court shall close this case.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _3_ day of December, 2003.

            WILLIAM P. DIMITROULEAS
            United States District Judge

Copies forwarded to:

Magistrate Judge Seltzer

Kendall B. Coffey, Esq.

Donald L. Beckner, Esq.

Gregory J. Hall
Arcadia Resources Limited
2 Glenrose Avenue Upper
Tornoto, Ontario
Canada M4T1K

Mark Cohen
Majestic Rose, Inc.
Sentry Overseas (Bahamas) Inc.
T.M.I. Generating/Creai-Cohen
17754 Hollybrook Way
Boca Raton, FL 33487

Charles H. Weaver
Summerfield International Services, Inc.
1624 Brook Run Drive
Raleigh, NC 27614-9734

Jean-Pierre Martinez
Creai Ile de France
5, Place V. Hugo
94270 Kremlin Bicetre
France